FILED

2013 MAR 11  PM 12: 20

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                             *
Merry-Go-Round Enterprises, Inc. and MGRR, Inc.    *   Case No. 94-50161
                                                   *
                                                   *   Chapter 7
_____                *
Debtor(s)                                          *

## MOTION TO WITHDRAW UNCLAIMED FUNDS
## FROM THE COURT REGISTRY

Verizon Communications,Inc. FKA Alltel Corporation, (hereinafter "Claimant"),
Name of Individual(s) or Entity

respectfully requests the Court to enter an Order to Withdraw Unclaimed Funds from the Court Registry that are owed to the Claimant. The Claimant states:

1. The trustee appointed by the Court in this case did deposit in the Court's Registry of Unclaimed Funds the amount of $ 50.24_____. The Claimant did not receive the funds because: An internal mail error occurred and the check was returned.

2. There is no dispute or controversy as to these funds, their availability or to whom they belong.

WHEREFORE, Claimant requests that the Court enter an order directing the Clerk of the Court to withdraw and disburse said funds in the Court Registry to Claimant.

Respectfully Submitted,

_James McIntosh_ (signature)
Signature of Claimant or Claimant's Representative

James McIntosh, President, FMV Recovery, Inc., attorney-in-fact
Printed Name of Claimant or Claimant's Representative

3558 Lee Road, Shaker Heights, Ohio 44120
Complete Address of Claimant or Claimant's Representative

216-220-0711 ext 235
Phone Number of Claimant or Claimant's Representative

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

FILED
2013 MAR 11 PM 12: 21
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

IN RE:                                      *
Merry-Go-Round, Inc. and MGRR, Inc.         *    Case No. 94-50161
                                            *
_____              *    Chapter 7
Debtor(s)                                   *

## CERTIFICATE OF SERVICE

Notice is hereby given to the Court that on __3/6/2013__ (Date), the U.S. Attorney for the District of Maryland at 36 S. Charles Street, Baltimore, MD, 21201, was advised via first class mail of the intent of the individual(s) or entity below (hereafter "Claimant") to request the withdrawal of funds from the Court's Registry of Unclaimed Funds.

Verizon Communications, Inc.
Name of Claimant

3900 Washington Street, 2nd Floor Wilmington, DE 19802
Complete Address of Claimant

Respectfully Submitted,

_James M. [signature]_
Signature of Claimant or Claimant's Representative

James, President, FMV Recovery, Inc. attorney-in-fact
Printed Name of Claimant or Claimant's Representative

3558 Lee Road, Shaker Heights, 44120
Complete Address of Claimant or Claimant's Representative

**SUBSCRIBED AND SWORN TO BEFORE ME** this __6th__ day of __March__, 20 __13__, in the County of __Trumbull__, State of __Ohio__.

_[signature]_
Signature of Notary Public

Date Commission Expires: __9-13-14__

DIANE K GORDON
Notary Public, State of Ohio
My Commission Expires
September 13, 2014