

**DUNCAN W. KEIR**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:  94–50161 – DK    Chapter:  7

| | |
|---|---|
| Merry–Go–Round Enterprises, Inc.<br>3300 Fashion Way<br>Joppa, MD 21085 | MGR Distribution Corporation<br>3300 Fashion Way<br>Joppa, MD 21085 |

Deficient Pleading No. – 10166

Motion to Withdraw Unclaimed Funds

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:  Debtor(s)
     Attorney for Debtor(s) – Roger L. Frankel
     Chapter 7 Trustee – Deborah H. Devan
     U.S. Trustee
     Interested Party – Verizon Communications, Inc.

### End of Order

14.1 – dconstable