## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:     Case No.: **94–50161 – DER**     Chapter: **7**

**Merry–Go–Round Enterprises, Inc. and**
**MGR Distribution Corporation**
Debtors

# DEFICIENCY NOTICE

DOCUMENT:     10202 – Opposition on behalf of M & M Painting Co. Filed by M & M Painting Co. (related document(s)10191 Motion to Withdraw Unclaimed Funds from Court Registry filed by Creditor Sabita Anand). Hearing scheduled for 7/9/2020 at 02:00 PM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688. (Smith, Denise)

PROBLEM:     **The following items are deficient for the above pleading, and must be cured by 7/7/20. A Certificate of Service was not filed and M&M Painting Co. is not represented by Counsel.**

CURE:     Appearance of counsel is required. (Local Bankruptcy Rule 9010–3(a), (b)(3))

A Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 7005–2). Include the names and addresses of all parties served or attach a copy of the mailing matrix.

CONSEQUENCE:  Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS–COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 6/23/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Denise Smith
410–962–4414

cc:   Debtor
Attorney for Debtor – Roger L. Frankel

defntc (rev. 12/12/2016)