**Fill in this information to identify the case:**

Debtor 1   Merry-Go-Round Enterprises Inc
_____
First Name        Middle Name       Last Name

Debtor 2   _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the District of Maryland

Case number:        94-50161

---

## Form 1340 (12/23)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $ 1,287.90 |
| Claimant's Name: | GUM FINANCIAL INC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | PO Box 953394<br>Lake Mary FL 32795<br><br>689-600-2766<br>info@gumfinancial.com |
| Reason Funds Were Not Received by Claimant | Check from the trustee was unable to be negotiated as the payment lost or misplaced. The owner of record Amy Martin has assigned the claim to Gum Financial Inc as evidenced by the included Notarized Assignment Agreement. |

### 2. Claimant Information

Applicant[2] represents the following (*check the statements that apply*):

☐ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

AMY MARTIN

☑ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 3. Applicant Information

Applicant represents the following (*check the statement that applies*):

☑  Applicant is the Claimant

☐  Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐  Applicant is a representative of the deceased Claimant's estate.

### 4. Supporting Documentation

☑  Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation, <u>including separate affidavit</u>, with this application.

### 5. Notice to United States Attorney

☑  Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

U.S. Attorney for the District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD  21201

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. |
| Date: _11-2-2024_ | Date: _____ |
| _[signature]_ | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| _Leonard Potillo for GUM FINANCIAL INC_ | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| GUM FINANCIAL INC<br>Address:   PO Box 953394<br>Lake Mary FL 32795 | Address: |
| Telephone:   _689-600-2766_ | Telephone: _____ |
| Email:   _info@gumfinancial.com_ | Email: _____ |

| **6. Notarization** | **6. Notarization** |
|---|---|
| STATE OF ___Florida___ | STATE OF_____ |
| COUNTY OF ___Seminole___ | COUNTY OF_____ |
| This Application for Unclaimed Funds, dated ___11/2/24___ was subscribed and sworn to before me this __2__ day of __November__, 20 _24_ by | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this_____day of_____, 20_____by |
| Leonard Potillo | |
| who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL)          Notary Public _____ | (SEAL)          Notary Public_____ |
| My commission expires: | My commission expires: |

KRISTY ANDERSON
Notary Public - State of Florida
Commission # HH 425632
My Comm. Expires Jul 25, 2027

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

IN RE:

Merry-Go-Round Enterprises Inc

_____
Debtor(s)

\* 
\* 
\*   Case No. __94-50161__
\* 
\*   Chapter __7__
\*

## CERTIFICATE OF SERVICE

Notice is hereby given to the Court that on _____11-2-2024_____ (Date), the U.S. Attorney for the District of Maryland at 36 S. Charles Street, Baltimore, MD, 21201, was advised via first class mail of the intent of the individual(s) or entity below (hereafter "Claimant") to request the withdrawal of funds from the Court's Registry of Unclaimed Funds.

_____Gum Financial Inc_____
Complete Name of Claimant

_____PO Box 953394, Lake Mary FL 32795_____
Complete Address of Claimant

I certify that a copy of the Application for Payment of Unclaimed Funds was sent via first class mail to Previous Owner(s) of Claim (if applicabe):

[Enter name and current address for each previous owner served, or provide statement with your application addressing why service is not possible.]
Amy Martin, 35705 521st Avenue, Lafayette MN 56054

Respectfully Submitted,

_____
Signature of Claimant or Claimant's Representative

_Leonard Potillo for Gum Financial Inc_
Printed Name of Claimant or Claimant's Representative

_PO Box 953394 Lake Mary FL 32795_
Complete Address of Claimant or Claimant's Representative

SUBSCRIBED AND SWORN TO BEFORE ME this __2__ day of __November__, 20 __24__, in the County of __Seminole__, State of __Florida__.

_____
Signature of Notary Public

Date Commission Expires: __7-25-27__

KRISTY ANDERSON
Notary Public - State of Florida
Commission # HH 425632
My Comm. Expires Jul 25, 2027