# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **94–50161 – DER**    Chapter: **7**

**Merry–Go–Round Enterprises, Inc. and**
**MGR Distribution Corporation**
Debtors

# DEFICIENCY NOTICE

DOCUMENT:    10242 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $1287.00 Filed by Amy Martin. (Attachments: # 1 Exhibit # 2 Exhibit) (Smith, Denise)

PROBLEM:    **The following items are deficient for the above pleading, and must be cured by 2/25/25. The driver's license provided with the Motion for Unclaimed Funds has expired.**

CURE:    Claimant must provide to the Court a non–redacted drivers license for Michael Allen Schular as the drivers license provided has expired.

CONSEQUENCE:    Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.


**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 2/11/25

Mark A. Neal, Clerk of Court
by Deputy Clerk, Denise Smith
410–962–4414


cc:    Debtor
Attorney for Debtor – Roger L. Frankel

Amy Martin
c/o GUM Financial Inc.
PO Box 953394
Lake Mary, FL 32795

Amy Martin
35705 521st Avenue
Lafayette, MN 56054

defntc (rev. 12/12/2016)